UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HALIT KOLJENOVIC and SAFET KOLJENOVIC,                                    09-CV-4480(NG)(LB)

                                                  Plaintiffs,                         **DECLARATION OF**
                                                                              **RICHARD L. YELLEN**
          - against -                                                            **IN SUPPORT OF**
                                                                                   **DEFENDANTS'**
DAVID MARX, FBD REALTY, LLC; 7 MDR                                       **MOTION FOR**
OF QUEENS, INC.; 8 MDR OF QUEENS,                                        **PARTIAL SUMMARY**
INC.; RMDM OF NEW YORK – 87, INC.,                                       **JUDGMENT**

                                                     Defendants.
------------------------------------------------------------------------X

        RICHARD L. YELLEN, under penalty of perjury, hereby declares the following in support of Defendants' Motion for Summary Judgment as to the Second and Third Causes of Action of Plaintiff's Second Amended Complaint:

        1.    I am a partner of Richard L. Yellen & Associates, attorneys for Defendants herein, and am duly admitted to practice before the courts of the Eastern District of New York.

        2.    Annexed hereto as **Exhibit A** is a true copy of the Affidavit of Elie Deitsch, dated March 16, 2011, submitted in support of the present motion.

        3.    Annexed hereto as **Exhibit B** is a true copy of the transcript of the deposition of Halit Koljenovic, dated October 1, 2010.

        4.    Annexed hereto as **Exhibit C** is a true copy of the transcript of the deposition of Safit Koljenovic, dated October 4, 2010.

        5.    Annexed hereto as **Exhibit D** is a true copy of the payroll records of 8MDR of Queens, Inc. for Halit Koljenovic, for the years 2004 through 2008, which payroll records were provided to Plaintiffs as part of Defendants' document production.  These payroll records

indicate that during said period, no deductions (other than standard payroll deductions) were made from Halit Kolkenovic's pay.

Dated: New York, New York
December 22, 2011

                                                /s/
                                  Richard L. Yellen (RY 6213)
                                  RICHARD L. YELLEN
                                  & ASSOCIATES, LLP
                                  111 Broadway, Suite 1103
                                  New York, New York 10006