FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 9 - 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
HAJIT KOLJENOVIC and
SALIT KOLJENOVIC,

                  Plaintiffs,

- v. -

DAVID MARX, FBD REALTY, LLC; 7 MDR
OF QUEENS, INC.; 8 MDR OF QUEENS,
INC.; RMDM OF NEW YORK - 87, INC.

                  Defendants.
----------------------------------------------------------x

ORDER

09-cv-4480 (NG)

GERSHON, United States District Judge:

Plaintiffs' letter motion to compel compliance with the mediation schedule and for sanctions (Dkt. No. 57) is denied. The parties are directed to file a joint proposed pretrial order on the remaining claims in accordance with this court's Individual Motion Practices by July 23, 2014, and to appear for a pretrial conference on July 25, 2014 at 10:30 a.m.

                                        SO ORDERED.

                                        s/Nina Gershon
                                        NINA GERSHON
                                        United States District Judge

Dated: July 10, 2014
Brooklyn, New York