LAW OFFICES OF KARL J. STOECKER
22 Jericho Turnpike, Suite 100
Mineola, New York 11501
P. 212-818-0080
F. 212 818-9055
kjs@kjslawfirm.com

July 24, 2014

**VIA ECF AND REGULAR MAIL**
Honorable Nina Gershon
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Koljenovic v. Marx et al, 09 Civ. 4480 (NG)(LB)*

Dear Judge Gershon:

  We represent the plaintiffs in the above-referenced action.  We write to inform that Court that the above-referenced action has been settled and the parties will be submitting a proposed Stipulation [and Order] of Discontinuance to the Court by the end of this week. Accordingly, the conference scheduled for tomorrow will not be necessary.

           Respectfully submitted,

           _____/s_____

           Karl J. Stoecker

cc: Richard Yellen, Esq. (via ECF)