UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

HALIT KOLJENOVIC and SAFET
KOLJENOVIC,

            Plaintiffs,         Index No. 09 cv 4480 (NG)(LB)

-against-

DAVID MARX, FBD Realty, LLC, 7 MDR OF    **Stipulation of Discontinuance**
QUEENS, INC., 8MDR OF QUEENS, INC., and
RMDM OF NEW YORK – 87, INC.,

            Defendants

     Plaintiffs Halit Koljenovi and Safet Koljenovic, and Defendants David Marx, FBD Realty, LLC, 8MDR of Queens, Inc., and RMDM of New York-87, Inc. stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to Plaintiffs' dismissal with prejudice of this action and request that Court dismiss this action with prejudice against each Defendant, each party to bear their own costs.

     The parties further stipulate that the Court will retain jurisdiction over the action and this settlement until the settlement is fully consummated.

KARL J. STOECKER, ESQ.                        RICHARD L. YELLEN & ASSOCIATES, LLP

By: _____                      By: _____
Karl J. Stoecker (KS  )                             Richard Yellen (RY 6213)
22 Jericho Turnpike, Suite 100  7/24/14      111 Broadway, Suite 1103
Mineola, New York 11501                         New York, New York 10006
Tel: (212) 818-0080                                   Tel: (212) 406-6988

*Attorney for Plaintiff*                               *Attorney for Defendants*

**SO ORDERED.**

_____
U.S.D.J.